# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA FERRICK, individually and doing business as Nine Two One Music and Right On Records/Publishing; JACO PASTORIUS, INC., and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SPOTIFY USA INC., a Delaware corporation, and DOES 1 through 10,<br><br>Defendant. | Case No. 2:16-cv-00180-BRO-RAOx<br><br>Hon. Beverly Reid O'Connell<br><br>**ORDER GRANTING JOINT STIPULATION VACATING DEFENDANT'S DEADLINE TO RESPOND TO THE AMENDED COMPLAINT AND MODIFYING THE BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO CONSOLIDATE AND APPOINT INTERIM CO-LEAD CLASS COUNSEL** |

## ORDER

The Court, having considered the parties' Joint Stipulation Vacating Defendant's Deadline to Respond to the Amended Complaint and Modifying the Briefing Schedule on Plaintiffs' Motion to Consolidate and Appoint Interim Co-Lead Class Counsel, and finding good cause shown, HEREBY ORDERS AS FOLLOWS:

 1. Defendant's April 5, 2016 deadline to respond to the Amended Complaint pursuant to the Court's March 29, 2016 Order on the parties' Joint

Stipulation is hereby vacated (Dkt. 46);

    2.    No later than April 21, 2016, Defendant will file its opposition to Plaintiffs' Motion to Consolidate and Appoint Interim Co-Lead Class Counsel;

    3.    No later than May 2, 2016, Plaintiffs will file their reply in support of the Motion to Consolidate and Appoint Interim Co-Lead Class Counsel;

    4.    Plaintiffs' Motion to Consolidate and Appoint Interim Co-Lead Class Counsel will be heard on May 16, 2016 at 1:30 P.M., superseding the hearing that had been scheduled for adjudication of Defendant's Motion to Dismiss and Motion to Strike (Dkt. 46); and

    5.    Defendant's time to answer, reply, or otherwise move against the Amended Complaint is vacated pending an Order from this Court addressing Plaintiffs' Motion to Consolidate and Appoint Interim Co-Lead Class Counsel. If consolidation is ordered and if counsel for Plaintiffs are appointed Interim Co-Lead Class Counsel, Plaintiffs shall have 14 days after entry of such an order to file a Consolidated Complaint, and Defendant's deadline to answer or otherwise respond to the Consolidated Complaint shall be due within 14 days thereafter. If consolidation is not ordered, Defendant shall have 14 days after entry of such an order to answer or otherwise respond to the Amended Complaint.

**IT IS SO ORDERED.**

Dated: April 7, 2016          UNITED STATES DISTRICT JUDGE